716

No. 8968. March 4, 1933.

*Paul S. Etheridge & Sons,* for plaintiff.

*Dorsey & Shelton, R. H. Pharr,* and *Jones, Fuller, Russell & Clapp,* contra.

State Banking Company *v.* DeLaperriere.

Per Curiam. "The superior court in equitable proceedings may compel either party to discover facts within his knowledge, beneficial to the other party and material to his case; and this either upon a petition for discovery and relief, or for discovery alone, ancillary to some other civil proceedings." Civil Code (1910), § 4543. At law "discovery may be had from the opposite party, either nominal or real, in any case pending in any court in this State." § 4550. After having issued an execution against a stockholder to enforce his statutory liability as such, the superintendent of banks filed in the superior court a petition in the nature of a creditor's bill for injunction and receiver, for the sole purpose of seeking discovery for locating property of the defendant, in order that the execution might be enforced against it. *Held,* that the facts alleged, especially as qualified in paragraph 11 of the petition and in paragraph 12 of the amendment failed to show a proper case for grant of the specific discovery sought by the petitioner. The court did not err in dismissing the action on general demurrer.

*Judgment affirmed. All the Justices concur.*

No. 8992. March 4, 1933.

*W. V. Lance, Joseph G. Collins,* and *Boyd Sloan,* for plaintiff.

*E. C. Stark* and *Jere S. Ayers,* for defendant.